**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| MAX RAY BUTLER<br>REG. # 09954-011 | CIVIL ACTION NO. 2:17-0559-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| CALVIN JOHNSON | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation [Rec. Doc. 18] of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, and noting the petitioner's lack of objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED** that this petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of August, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT